IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-cv-152-GCM

| | |
|---|---|
| PGD INVESTMENTS, INC. and,<br>ALEXANDER ZOLFAGHARI,<br><br>   Plaintiffs,<br><br>  v.<br><br>DAVID E. WALSH, individually;<br>DAVID E. WALSH in his capacity as<br>Chief Executive Officer/Director and<br>Chairman of the Board of Directors of<br>Carolina Real Estate Investment Trust,<br>Inc. and U.S. Rental Housing REIT, Inc.;<br>CAROLINA REAL ESTATE<br>INVESTMENT TRUST, INC.; U.S.<br>RENTAL HOUSING REIT, INC.;<br>WALSH HOLDING CORP.; and<br>INPLAY TECHNOLOGIES, INC.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

  THIS MATTER is before the court upon a Motion for Sanctions filed by Plaintiffs. Plaintiffs ask the Court to implement the following sanctions: (1) award reasonable expenses to Plaintiffs; and (2) enter default judgment in favor of Plaintiffs, including attorney's fees and costs. Plaintiffs motion therefore could be dispositive of the case.

  It appears that Plaintiffs may be entitled to expenses and default judgment. Therefore, the Defendants are directed to file a response as described below:

  TO THE DEFENDANTS, DAVID E. WALSH; REIT; CAROLINA REAL ESTATE INVESTMENT TRUST, INC.; U.S. RENTAL HOUSING REIT, INC.; WALSH HOLDING

1

CORP.; and INPLAY TECHNOLOGIES, INC.; READ THE FOLLOWING VERY CAREFULLY:

You are to file a brief written argument opposing the Plaintiffs' brief supporting the Motion for Sanctions. This argument must respond to the substantive arguments in Plaintiffs' motion.

Within fourteen days of the date of entry of this Order, the Defendants must submit the brief or request an extension of the deadline.

You are hereby advised that you have fourteen (14) days from the filing of this Order in which to file your response to the Motion for Sanctions. If you fail to respond to this motion, the court will proceed to decide the matter. A copy of the response must be served on the Plaintiffs and a certificate of service must be filed with the Court, showing that a copy has been sent to counsel for the Plaintiffs.

IT IS THEREFORE ORDERED that Defendants have fourteen (14) days from the filing of this Order in which to respond to Plaintiffs' Motion for Sanctions.

The Clerk is directed to certify copies of this Order to Defendants and counsel for Plaintiffs. The Clerk is specifically directed to send Defendants' copy by certified mail, return receipt requested.

Signed: January 21, 2010

Graham C. Mullen
United States District Judge